UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: SEARCH WARRANT ) <br> ) <br> ) <br> ) <br> ) <br> ) | Cause Nos.   1:23-mj-00730-MKK |

## ORDER TO UNSEAL CASE

Upon the Motion of the United States of America, it is hereby ORDERED that the case in the above-captioned cause be unsealed.

The Clerk of this Court is ordered and directed to unseal the above captioned case.

So ORDERED.

Date: 5/15/2024

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record